PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LOREE HAMMACK,<br><br>        Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Civil No. 1:24-cv-00755-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 14) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 33 days, from October 30, 2024 to December 2, 2024, for Defendant to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is Defendant's first request for an extension of time. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing staffing fluctuations and organizational changes, the undersigned counsel for the Commissioner has been tasked with additional duties including

serving as a jurisdictional coordinator, reviewing other attorneys' work, training and mentoring new attorneys, and handling more cases, including the instant case, which was recently reassigned to her.  The undersigned counsel for the Commissioner is also scheduled to be out of the office for two weeks from late October into November.  As a result, and despite diligent efforts to comply with this Court's Scheduling Order, the Commissioner needs an extension in the instant case to review the administrative record, consider the issues that Plaintiff has raised, confer with his client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: October 22, 2024

LAW OFFICES OF LAWRENCE D. ROHLFING

By:*/s/ Steven G. Rosales*
STEVEN G. ROSALES
Attorneys for Plaintiff
[*As authorized by e-mail on Oct. 22, 2024]

Dated: October 23, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:     */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation and unopposed motion (Doc. 14), IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on December 2, 2024, and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

IT IS SO ORDERED.

Dated:   **October 23, 2024**          */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28