**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE LOREE HAMMACK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:24-cv-00755-SKO<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 19) |

Based upon the parties' Stipulation and Unopposed Motion for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 19):

IT IS ORDERED that fees and expenses in the amount of $7,500 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:　**February 25, 2025**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-